

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00054-CV

IN RE ROGER EUGENE FAIN                               RELATOR

-----------

## ORIGINAL PROCEEDING

-----------

## MEMORANDUM OPINION[1]

-----------

The court has considered relator's petition for writ of mandamus and the State's response and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and GABRIEL, JJ.

DELIVERED: March 6, 2013

---

[1]See Tex. R. App. P. 47.4, 52.8(d).